1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | DAMALI A. TAYLOR  (262489)
Assistant United States Attorney
5 |     450 Golden Gate Ave., Box 36055
San Francisco, California 94102
6 |     Telephone: (415) 436-7200
Fax: (415) 436-7234
7 |     E-Mail: damali.taylor@usdoj.gov

8 | Attorneys for Plaintiff

9

**FILED**

APR 1 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,    )    No. CR 3-12-70406
    )
15 |     Plaintiff,    )
    )
    )    STIPULATION AND [~~PROPOSED~~]
16 | v.    )    ORDER CONTINUING PRELIMINARY
    )    HEARING DATE AND DOCUMENTING
17 | DOMINGO CARLOS SOLORIO,    )    EXCLUSION OF TIME UNDER RULE 5.1
    )    AND THE SPEEDY TRIAL ACT
18 |     Defendant.    )
    )

19

20 |     The parties appeared before the Court in this matter on April 18, 2012 for detention

21 | hearing.  At the time of the hearing, Defendant was detained and the matter was set for

22 | preliminary hearing on May 16, 2012.  The defendant, DOMINGO CARLOS SOLORIO,

23 | represented by Alfredo Morales, Esquire, and the government, represented by DAMALI A.

24 | TAYLOR, Assistant United States Attorney, hereby stipulate to continue the date for preliminary

25 | hearing presently set for April 26, 2012 to May 16, 2012 at 9:30 a.m.  Defense counsel, who was

26 | just appointed in this matter, needs additional time to examine the evidence and investigate, to

27 | discuss a disposition with the government and to meet and confer with his client regarding

28 | discovery in this case before formal charges are filed.  The government has no objection to

ORDER EXLUDING TIME
Case No. CR 3-12-70406

1  excluding time.

2        Based on these facts, the parties stipulate that the currently scheduled date for preliminary

3  hearing, April 26, 2012, be continued to May 16, 2012, due to defense counsel's need to examine

4  the evidence and investigate the matter before formal charges are filed.  Accordingly, pursuant to

5  Federal Rule of Criminal Procedure 5.1, the Court is required to conduct a preliminary hearing

6  on or before May 16, 2012, unless, *inter alia*, the defendant, who is in custody, waives the

7  preliminary hearing or is indicted.

8        The parties further stipulate, in order to review the discovery and to conduct investigation

9  necessary to effectively prepare defendant for either trial or resolution, that time be excluded

10  under the Speedy Trial Act between April 12, 2012, the date defendant's counsel was identified,

11  and May 16, 2012, the newly scheduled preliminary hearing date.  The additional time is

12  necessary to review the evidence and investigate the case, and it is in the best interests of the

13  defendant to do so before formal charges are filed.

14        The parties agree that the ends of justice served by granting such an exclusion of time

15  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

16  3161(h)(7)(A).

17

18  SO STIPULATED:

19                         MELINDA HAAG

20                         United States Attorney

21

    DATED: April 18, 2012                   /s/

22                         DAMALI A. TAYLOR

23                         Assistant United States Attorney

24

    DATED: April 18, 2012                   /s/

25                         ALFREDO MORALES

26                         Counsel for the Defendant

27

28

1

## [PROPOSED] ORDER

2    For the foregoing reasons, the Court HEREBY ORDERS that the preliminary hearing in

3    this matter is re-set from April 26, 2012 to May 16, 2012, at 9:30 a.m., before the Honorable Paul

4    S. Grewal.  The Court finds that good cause is shown for extending the time limits set forth in

5    Federal Rule of Criminal Procedure 5.1(c), and, further, concludes that the extension is proper

6    under Rule 5.1(d) and Title 18, United States Code, Sections 3060 and 3161.

7    The Court finds that the failure to grant the requested extension would deny counsel the

8    reasonable time necessary for effective preparation, taking into account the exercise of due

9    diligence.  The Court finds that the ends of justice served by granting the requested extension

10   outweigh the best interests of the public and the defendant in a speedy trial and in the prompt

11   disposition of criminal cases.  The Court also concludes that an exclusion of time from April 12,

12   2012 through and including May 16, 2012, should be made under Title 18, United States Code,

13   Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  The Court also finds that the ends of justice

14   served by excluding the period from April 12, 2012 through and including May 16, 2012,

15   outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

16   **IT IS SO ORDERED.**

17

18   Dated: _____

19                                                        HOWARD R. LLYOD
                                                          UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

ORDER EXLUDING TIME
Case No. CR 3-12-70406                          -3-