1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DAMALI TAYLOR (CABN 262489)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      Facsimile: (408) 535-5066
       Email: John.Glang@usdoj.gov
8
   Attorneys for the United States of America
9

**FILED**

MAY 1 8 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 12-0383-DLJ
                                     )
14       Plaintiff,                  )   STIPULATION A̶N̶D̶ ̶[̶P̶R̶O̶P̶O̶S̶E̶D̶]̶
                                     )   ORDER EXCLUDING TIME UNDER
15  v.                               )   SPEEDY TRIAL ACT
                                     )
16  DOMINGO SOLORIO                  )
    ALBERTO QUINTERO, and            )
17  JORGE QUINTERO,                  )
                                     )
18       Defendants.                 )
                                     )
19  _____  )

20

21       The above-captioned defendants and the United States of America, by and through their

22  counsel of record, hereby agree and stipulate that the court may exclude the period of time from

23  the date of the defendants' arraignment on the indictment in this case before United States

24  Magistrate Judge Howard R. Lloyd on May 16, 2012 through and including May 24, 2012 from

25  the computation of the period of time within which the trial must commence for the reasons set

26  ///

27  ///

28  ///

1

1 | forth in the proposed order below.
2 |
3 | DATED: May 16, 2012                    MELINDA HAAG
4 |                                         United States Attorney
5 |                                                 /s/
6 |                                         DAMALI TAYLOR
    |                                         Assistant United States Attorney
7 |                                                 /s/
8 |                                         ALFREDO M. MORALES
    |                                         Attorney for defendant Domingo Solorio
9 |
10 |                                                /s/
    |                                         HUGH A. LEVINE
    |                                         Attorney for defendant Alberto Quintero
11 |
12 |                                                /s/
13 |                                         ALLEN H. SCHWARTZ
    |                                         Attorney for defendant Jorge Quintero
14 |

### [PROPOSED] ORDER

Pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), and the stipulation of the parties, the court excludes the period of time from May 16, 2012 through and including May 24, 2012 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. The court bases this finding on the need of counsel for the defendants to review discovery in this case that has been and will be provided to them by the government and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 5/18/12

HOWARD R. LLOYD
United States Magistrate Judge
Northern District of California