1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DAMALI TAYLOR (CABN 262489)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6401
7      Facsimile: (415) 436-66982
       Email: damali.taylor@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR 12-0383-DLJ
                                    )
14          Plaintiff,              )   STIPULATION AND []
                                    )   ORDER EXCLUDING TIME UNDER
15     v.                           )   SPEEDY TRIAL ACT
                                    )
16 DOMINGO SOLORIO                  )
   ALBERTO QUINTERO, and            )
17 JORGE QUINTERO,                  )
                                    )
18          Defendants.             )
                                    )
19 _____  )

20
21     The above-captioned defendants and the United States of America, by and through their

22 counsel of record, hereby agree and stipulate to continue the status conference presently set for

23 August 2, 2012 to September 13, 2012. The parties further agree and stipulate that the court may

24 exclude the period of time from the date of the August 2, 2012 status conference in this case

25 through and including September 13, 2012 from the computation of the period of time within

26 ///

27 ///

28 ///

1

which the trial must commence for the reasons set forth in the proposed order below.

DATED:   July 31, 2012				MELINDA HAAG
						United States Attorney


						_____ /s/_____
						DAMALI TAYLOR
						Assistant United States Attorney

						_____/s/_____
						ALFREDO M. MORALES
						Attorney for defendant Domingo Solorio


						_____/s/_____
						HUGH A. LEVINE
						Attorney for defendant Alberto Quintero


						_____/s/_____
						ALLEN H. SCHWARTZ
						Attorney for defendant Jorge Quintero

**[ ] ORDER**

For the foregoing reasons, the Court HEREBY ORDERS that the status conference in this matter is re-set from August 2, 2012 to September 13, 2012, at 9:00 a.m. Furthermore, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), and the stipulation of the parties, the court excludes the period of time from August 2, 2012 through and including September 13, 2012 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. The court bases this finding on the need of counsel for the defendants to review discovery in this case that has been and will be provided to them by the government and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: ï DFD̶G

D. LOWELL JENSEN
United States District Judge
Northern District of California