MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAMALI TAYLOR (CABN 262489)
Assistant United States Attorney

450 Golden Gate Avenue,Box 36055
San Francisco, California 94102
Telephone: (415) 436-6401
Facsimile: (415) 436-66982
Email: damali.taylor@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0383-DLJ |
| Plaintiff, | ) ) | STIPULATION AND [] ORDER CONTINUING HEARING DATE |
| v. | ) ) | AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| DOMINGO SOLORIO ALBERTO QUINTERO, and JORGE QUINTERO, | ) ) ) ) | |
| Defendants. | ) ) ) | |
|  | ) | |

The above-captioned defendants and the United States of America, by and through their

counsel of record, hereby agree and stipulate to continue the hearing date presently set for April

11, 2013 at 10 a.m. to April 18, 2013 at 10 a.m.   The parties further agree and stipulate that

computation of time under Speedy Trial Act is properly excluded for effective preparation of

counsel within the meaning of 18 U.S.C. Section 3161(h)(7)(B)(iv) and pursuant to 18 U.S.C.

3161(h)(D) while the motion is pending.


DATED:    April 4, 2013                    MELINDA HAAG
                                           United States Attorney

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____ /s/
DAMALI TAYLOR
Assistant United States Attorney

_____ /s/
ALFREDO M. MORALES
Attorney for defendant Domingo Solorio

_____ /s/
HUGH A. LEVINE
Attorney for defendant Alberto Quintero

_____ /s/
JAMES M. THOMPSON
Attorney for defendant Jorge Quintero

## ~~[PROPOSED]~~ ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the discovery motion hearing date presently set for April 11, 2013 in this matter be moved to April 18, 2013, at 10:00 a.m.  Furthermore, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), and the stipulation of the parties, the court excludes the period of time from April 11, 2013 through and including April 18, 2013 from the computation of the period of time within which the trial must commence.  The court FINDS that time is properly excluded for effective preparation of counsel within the meaning of 18 U.S.C. Section 3161(h)(7)(B)(iv) and pursuant to 18 U.S.C. 3161(h)(D) while the defendant's motion to compel discovery is pending.  The ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: _____

D. LOWELL JENSEN
United States District Judge
Northern District of California