MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAMALI A. TAYLOR (CABN 262489)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6401
    Facsimile: (415) 436-6982
    Email: damali.taylor@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0383-DLJ |
| Plaintiff, ) | STIPULATION AND [] |
| ) | ORDER CONTINUING SENTENCING |
| v. ) | |
| DOMINGO SOLORIO, ) | |
| Defendants. ) | |

    The defendant, DOMINGO SOLORIO, represented by Alfredo Morales, Esquire, pled guilty to Counts One and Two of the Indictment on August 22, 2013. The matter is currently set for sentencing on December 5, 2013.

    The above-captioned defendant and the United States of America, by and through their counsel of record, hereby agree and stipulate to continue the sentencing date, presently set for December 5, 2013, until February 13, 2014. The parties agree that the current sentencing date shall be vacated. Since the defendant has already pled guilty, no time exclusion is necessary
///

1  under the Speedy Trial Act.

2  DATED:    September 27, 2013           MELINDA HAAG
3                                          United States Attorney

4                                          _____ _/s/_____
                                           DAMALI A. TAYLOR
5                                          Assistant United States Attorney

6                                          _____/s/_____
                                           ALFREDO MORALES
7                                          Attorney for defendant Domingo Solorio

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[] ORDER**

For the foregoing reasons, the Court HEREBY ORDERS that the sentencing hearing in this matter is re-set from December 5, 2013 to February 13, 2014 before the Honorable D. Lowell Jensen. Since the defendant has already pled guilty, no time exclusion is necessary under the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: _____

D. LOWELL JENSEN
Senior United States District Judge
Northern District of California

3